FILED

SEP 25 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NUMBER: 3:17-Mj-3097-DGW |
| Plaintiff, ) | |
| vs. ) | |
| ) | **FILED UNDER SEAL** |
| RICARDO LUCIANO MARTINEZ, ) | |
| Defendant. ) | |

### CRIMINAL COMPLAINT

I, Jeremiah Henning, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief:

### COUNT 1

**Possession with Intent to Distribute
N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] Propanamide**

On or about September 24, 2017, in Bond County, within the Southern District of Illinois, and elsewhere,

**RICARDO LUCIANO MARTINEZ,**

defendant herein, did knowingly and intentionally possess with the intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly referred to as fentanyl, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi).

### AFFIDAVIT

1. I am a Special Agent with the Drug Enforcement Administration (DEA), currently assigned to the DEA Fairview Heights Resident Office. I have been a Special Agent with the DEA

1

since May 2012. I was employed as a police officer with the St. Louis Metropolitan Police Department from 1998 to 2002 and with the Richmond Heights Police Department from 2002 to 2012. From 2007 until 2012, while I was a Richmond Heights police officer, I was assigned to the St. Louis office of the DEA as a Task Force Officer. I have approximately 15 years of experience investigating violations of state and federal drug laws. During my career as a law enforcement officer, I have participated in numerous narcotics investigations involving the manufacture, transportation, and distribution of controlled substances. These investigations have resulted in the seizure of controlled substances and proceeds from the sale of controlled substances, as well as arrests and convictions of drug traffickers. I am familiar with and have utilized normal methods of investigation, including but not limited to physical and electronic surveillance, questioning of witnesses, the use of search and arrest warrants, the use of informants, the use of pen registers, analysis of telephone records, the utilization of undercover agents, and the use of court-authorized wire intercepts. I have applied for and been granted numerous precision location orders, similar to the requested order, which have aided in identifying individuals and in the seizure of controlled substances and drug proceeds. I work in collaboration with a group of DEA Special Agents and other law enforcement officers. These Special Agents and officers have participated in numerous drug investigations, which have resulted in the seizure of methamphetamine, crystal methamphetamine, cocaine, marijuana, and other controlled substances. My opinions and conclusions in this Affidavit are based on my training and conversations with other experienced Special Agents and law enforcement officers on my investigative team.

  2. On September 24, 2017, at approximately 8:40a.m., Illinois State Police Trooper Ken Patterson ("Trooper Patterson") stopped Defendant Ricardo Luciano Martinez ("Defendant"),

the driver and sole occupant of a vehicle traveling east on Interstate 70 in Bond County in the Southern District of Illinois. Trooper Patterson stopped Defendant for changing lanes without signaling and following another vehicle too closely, both violations of the Illinois traffic code.

3. After pulling to the side of the road, Defendant presented Trooper Patterson with a photocopy of a New York driver's license that was not his. The license presented to Trooper Patterson belonged to Santo Gabriel Pena Belliard. Defendant later admitted that he did not possess a valid driver's license, and that his true name is Ricardo Luciano Martinez.

4. Trooper Patterson engaged Defendant in conversation while issuing written warnings for the traffic violations. During this conversation, Trooper Patterson grew suspicious as Defendant answered questions about his interstate travel. Trooper Patterson also observed Defendant act increasingly nervous. Defendant gave Trooper Patterson consent to search the vehicle and its contents.

5. Within the vehicle, Trooper Patterson located 30 separately-wrapped kilogram packages in a duffel bag and a laundry bag in Defendant's trunk. After waiving his *Miranda* rights, Defendant stated that he believed the 30 kilogram packages contained heroin. Defendant also stated that he picked up the 30 kilogram packages in California, and that he intended to deliver them to an unidentified person in Philadelphia, Pennsylvania.

6. One of the 30 kilogram packages was field tested and determined to be fentanyl.

FURTHER AFFIANT SAYETH NAUGHT.

JEREMIAH HENNING
Special Agent
Drug Enforcement Administration

State of Illinois )
) SS.
County of Madison )

    Sworn to before me, and subscribed in my presence on the 25th day of September, 2017, at East St. Louis, Illinois.

_____
DONALD G. WILKERSON
United States Magistrate Judge

DONALD BOYCE
United States Attorney

_____
DEREK J. WISEMAN
Assistant United States Attorney

4